JAMES A. BUSTAMANTE, SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
QUANG TRUONG

**FILED**

FEB 1 0 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

QUANG TRUONG, et al.,

    Defendants.
_____/

No. CR 08-00461 PJH

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT QUANG TRUONG'S CURFEW FOR FEBRUARY 14, 2009

THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE that conditions of pretrial release for defendant Quang Truong be modified as follows: To extend his evening curfew on February 14, 2009, from 7:00 p.m. to 11:00 p.m., so he may celebrate Valentine's Day with his wife at a restaurant in Hayward. All other conditions of release shall remain the same.

Pretrial Services Officer Anthony Granados advised that Quang Truong is in compliance with his conditions of release and

1 he has no objection to the requested modification.

2

3 /S/WILLIAM FRENTZEN                    /S/JAMES BUSTAMANTE
  WILLIAM FRENTZEN                       JAMES BUSTAMANTE
4 Assistant U.S. Attorney                Attorney for QUANG TRUONG
  Dated: February 10, 2009               Dated: February 10, 2009

**IT IS SO ORDERED.**

Dated: 2-10-09

MARIA-ELENA JAMES, Magistrate
U.S. Magistrate Judge

2